UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD GILLIAM**  **PLAINTIFF**
**#209415**

**VS.**         **Case No. 4:19-cv-00779-BRW-JTR**

**KEVIN SMITH, Jail Administrator/Deputy,**
**Lonoke County Detention Facility,** *et al.*        **DEFENDANTS**

## ORDER

I have reviewed the Partial Recommended Disposition (Doc. No. 8) submitted by United States Magistrate Judge J. Thomas Ray. No objections were filed. After careful consideration, I approve and adopt the Partial Recommended Disposition in all respects.

Accordingly, Mr. Gilliam's Motion for Preliminary Injunction (Doc. No. 5) is DENIED.

I certify that an *in forma pauperis* appeal of this ruling would not be taken in good faith.[1]

IT IS SO ORDERED this 19th day of August, 2020.

      Billy Roy Wilson_____
      UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).