UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD GILLIAM**                                                                                    **PLAINTIFF**
**#209415**

VS.                               Case No. 4:19-cv-00779-BRW-JTR

**KEVIN SMITH, Jail Administrator/Deputy,**
**Lonoke County Detention Facility,** *et al.*                                        **DEFENDANTS**

# ORDER

Defendants' agreed motion to voluntarily dismiss this case is GRANTED,[1] and this case is DISMISSED WITHOUT PREJUDICE. I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[2]

IT IS SO ORDERED this 18th day of May, 2021.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 20.

[2] 28 U.S.C. § 1915(a)(3).