UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD GILLIAM**                                                                                      **PLAINTIFF**
**#209415**

VS.                               Case No. 4:19-cv-00779-BRW-JTR

**KEVIN SMITH, Jail Administrator/Deputy,**
**Lonoke County Detention Facility,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Based on the Order entered today, this case is dismissed without prejudice. I certify that an in forma pauperis appeal would not be taken in good faith.

IT IS SO ORDERED this 18th day of May, 2021.


                                                                Billy Roy Wilson
                                                                UNITED STATES DISTRICT JUDGE